This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DISCOVER BANK**,

Plaintiff-Appellee,

v.                                                                    **NO. 35,322**

**BRENDA S. LOPEZ**,

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Machol & Johannes, LLLP
Dana K. Grubesic
Albuquerque, NM

for Appellee

Brenda S. Lopez
Santa Fe, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of

proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     **DISMISSED.**

{3}     **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Chief Judge**

_____
**STEPHEN G. FRENCH, Judge**